IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS M. EZERNACK,<br><br>                    Plaintiff,<br><br>v.<br><br>HORIZONTALL WELL DRILLERS, LLC,<br><br>                    Defendant. | Case No.  CIV-15-1015-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW both parties in the above-styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with all parties to bear their own costs, with prejudice to the further filing thereof.

Respectfully submitted,

| /s/ Joshua C. Stockton | /s/Jo Anne Deaton |
|---|---|
| Joshua C. Stockton, OBA #21833 | Jo Anne Deaton, OBA #5938 |
| (*signed by filing attorney with permission of Plaintiff's attorney*) | Troy J. McPherson, OBA #32071 |
| STOCKTON LAW GROUP, PLLC | RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C. |
| 1221 S. Holly Avenue | P.O. Box 21100 |
| Yukon, OK 73099 | Tulsa, Oklahoma 74121-1100 |
| Phone (405) 354-1120 | Phone (918) 582-1173 |
| Facsimile (405) 354-3591 | Facsimile (918) 592-3390 |
| stocktonlawgroup@gmail.com | jdeaton@rhodesokla.com |
| ***Attorney for Plaintiff,*** | drichardson@rhodesokla.com |
| ***Chris Ezernack*** | ***Attorneys for Defendant,*** |
| | ***Horizontal Well Drillers, LLC.*** |

## CERTIFICATE OF SERVICE

I certify that on December 15, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Joshua C. Stockton
*Attorney for Plaintiff*

                                            /s/Jo Anne Deaton
                                            Jo Anne Deaton